FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2019

No. 04-18-00610-CV

Michael P. **GEARY,** Independent Executor of the Estate of Joseph William Geary, Jr., Deceased and Falcon Energy, Inc.,
Appellants

v.

**TOW BOW RANCH LIMITED PARTNERSHIP,** Two Bow Management, LC and Ronald L. Toms, Individually,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03609
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellant's First Motion to Extend Time to File Reply Brief is hereby GRANTED. Time is extended to August 26, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court